# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 25, 2016

Mr. Michael L. McConnell  
Middle District of Louisiana, Baton Rouge  
United States District Court  
777 Florida Street  
Room 139  
Baton Rouge, LA 70801

    No. 16-30115    Veronica James v. Exxon Mobile Refinery & Supply, et al  
                              USDC No. 3:14-CV-86

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Allison G. Lopez, Deputy Clerk  
                              504-310-7702

cc w/encl:  
    Mr. DaShawn Paul Hayes

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 16-30115
_____

VERONICA JAMES,

    Plaintiff - Appellant

v.

TURNER INDUSTRIES,

    Defendant - Appellee

A True Copy
Certified order issued Apr 25, 2016

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

_____

Appeal from the United States District Court for the
Middle District of Louisiana, Baton Rouge

_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of April 25, 2016, for want of prosecution. The appellant failed to timely file a brief and record excerpts.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT